UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| In re PATTI L GRANGER,<br><br>              Debtor.<br>/<br><br>MARY ABDALLAH, an individual, on her own behalf and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>      v.<br><br>PATTI GRANGER and DOES 1 to 100<br><br>              Defendants.<br>/ | No. Mp-13-00112-RBR<br><br>Underlying Case No. 11-31394, Adversary Proceeding No. 13-02083, pending in the United States Bankruptcy Court for the Eastern District of California |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE BY MATTHEW E. MAZUR JR., ESQ AS LOCAL COUNSEL FOR MARY ABDALLAH, ET. AL.

**PLEASE TAKE NOTICE** that the undersigned attorney, Matthew E. Mazur, Jr., Esq., appears as Local Counsel of record for MARY ABDALLAH, et. al. (Plaintiff) in this case. All parties are requested to serve undersigned counsel with copies of any pleadings, orders and/or other documents of any type whether filed by the Court or any other party.

Pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b), the undersigned does hereby request that the Clerk of this Court, and all other parties-in-interest in this proceeding, provide notice of, and where applicable, service of, any and all motions, applications, orders, pleadings, plans, disclosure statements, notices, or other communications filed in or pertaining to this proceeding to the undersigned, whether such motions, applications, orders, pleadings, plans, disclosure statements, notices, or other communications is written or

oral, formal or informal, by and delivery, mail, telephone, telex, telecopy, or made in any other manner whatsoever. The undersigned further requests that the Clerk add him to the matrix in this case.

**Dated: October 25, 2013**        Respectfully Submitted:

   /s/ Matthew E. Mazur, Jr. _____
Matthew E. Mazur, Jr., Esq.
Florida Bar No. 099635
Matthew Mazur, P.A.
2655 LeJeune Road, Suite 500
Coral Gables, Florida 33134
Phone: (305) 466-3328
Fax: (786) 347-6042
E-mail: mmazurjr@mazur-law.com
Local Counsel for Mary Abdallah, et. al.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served upon those parties receiving the Court's CM/ECF e-mail notification on this 25th day of October 2013.

   /s/ Matthew E. Mazur, Jr. _____
Matthew E. Mazur, Jr., Esq.
Florida Bar No. 099635
Matthew Mazur, P.A.
2655 LeJeune Road, Suite 500
Coral Gables, Florida 33134
Phone: (305) 466-3328
Fax: (786) 347-6042
E-mail: mmazurjr@mazur-law.com
Local Counsel for Mary Abdallah, et. al.